Cindy A. WILHELM, Respondent,

v.

Donald L. WILHELM, Jr., Appellant.

No. WD 64775.

Missouri Court of Appeals,
Western District.

Nov. 8, 2005.

Seth D. Shumaker, Kirksville, MO, for Appellant.

Cynthia A. Suter, Moberly, MO, for Respondent.

Before VICTOR C. HOWARD, JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

### Order

PER CURIAM.

Donald L. Wilhelm, Jr. appeals the trial court's judgment ordering him to pay $1,500 to Cindy A. Wilhelm for her attorney's fees and expenses on appeal of the judgment that dissolved their marriage. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).